**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Case No. 12-cr-00198-PAB       **Filed Under Restriction**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JUAN PEREZ-CRISTOBAL,
A/K/A NORMAN LUIS RIVERA HERNANDEZ,

    Defendant.

---

**MOTION TO UNRESTRICT CASE**

---

The United States of America respectfully moves the Court to unrestrict this case. The defendant was charged by indictment on April 25, 2012 and an arrest warrant issued. Docs. 1 & 2. The government moved to restrict the case until the arrest of the defendant because the indictment and arrest warrant were part of an ongoing investigation that could be harmed by disclosure. The government understands that the defendant has been arrested on the warrant in Kansas, and is set to have his initial appearance in the U.S. District Court for the District of Kansas on Friday, July 26, 2019. *See* Fed. R. Crim. P. 5(c)(2)-(3). That being the case, there is no longer any harm posed by disclosure, and hence no need to keep this case restricted. The government therefore requests that the Court unrestrict the case.

Dated:  July 26, 2019  Respectfully submitted,

JASON R. DUNN
United States Attorney

By:  s/ *Rajiv Mohan*
Rajiv Mohan
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: 303-454-0200
Fax:  303-454-0406
E-mail:  Rajiv.Mohan@usdoj.gov